People v Williams (2025 NY Slip Op 05430)

People v Williams

2025 NY Slip Op 05430

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: BANNISTER, J.P., MONTOUR, SMITH, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (818/21) KA 18-01993.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
ANTHONY C. WILLIAMS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.